SRM

**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Herlindo Fuentes-Ramos,**<br>Plaintiff<br>-vs-<br>**Joseph Arpaio, et al.,**<br>Defendant(s) | CV-06-2803-PHX-SMM (JI)<br><br>**WITHDRAWAL OF REFERENCE** |

It appearing to the court that the Defendant's Motion to Dismiss, filed February 26, 2007 (#6) is now ready for the court's consideration,

**IT IS THEREFORE ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Defendant's Motion to Dismiss, filed February 26, 2007 (#6).

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 6th day of June, 2007.

_____
Stephen M. McNamee
United States District Judge